UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. PAMELA L. LEHAR                                            Docket Number: 04-cr-00316-WYD

**Petition on Probation**

COMES NOW, Gary R. Kruck, probation officer of the court, presenting an official report upon the conduct and attitude of PAMELA L. LEHAR who was placed on supervision by the Honorable William C. Beaman sitting in the court at Cheyenne, Wyoming, on the 8th day of March, 2004, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall comply with the court-ordered child support obligation of Unita County, Wyoming, to pay child support at a rate of $150.00 per child per month or 25% of her adjusted gross income to Glen Lehar. She shall execute a Voluntary Wage Assignment for automatic payment deductions to meet said child support obligation, and payments will be forwarded to the State Distribution Unit, P.O. Box 1027, Cheyenne, Wyoming.

2. The defendant shall make full financial disclosure to the U.S. Probation Office, including tax returns, business records, detailed documentation of income and expenses, and verification of all current child support and arrearage payments.

3. The defendant shall not obtain any new lines of credit without permission of the U.S. Probation Office.

4. The defendant shall participate in substance abuse testing and treatment as directed by the U.S. Probation Office.

5. The defendant shall not use or possess alcohol, and not enter businesses whose primary source of income is derived from the sale of alcohol.

6. The defendant shall address any unresolved court matters in any jurisdiction, including active warrants.

7. The defendant shall participate in mental health treatment, which may include anger management counseling, as directed by the U.S. Probation Office.

8. The defendant shall participate in a program of consumer credit counseling as deemed necessary by the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the modification of the defendant's conditions of probation to include a special condition requiring the defendant to reside in a community corrections center for a period of up to six (6) months, or until such time as the defendant is release from the facility by the probation officer. The defendant will observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 12th day of April, 2006, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

s/ Gary R. Kruck

Gary R. Kruck
Senior U.S. Probation Officer

s/ Wiley Y. Daniel

Wiley Y. Daniel
U.S. District Judge

Place: Denver, Colorado

Date: April 10, 2006

PROB 12
(02/05-D/CO)

## ATTACHMENT

Attached hereto as <u>Exhibit A</u> and incorporated by reference is a true copy of the Receipt and Acknowledgment form signed by the defendant on March 8, 26, and again on August 9, 2004, acknowledging that the conditions have been read to her, that she fully understood the conditions, and that she was given a copy of them. The term of probation commenced on March 8, 2004.

Attached hereto as <u>Exhibit B</u> and incorporated by reference is a signed statement executed by the defendant and defense counsel which waives the right to hearing and agrees to the proposed modification of the defendant's conditions of probation. AUSA Thomas O'Rourke was contacted and has no objection to the proposed modification.

The petition is based on the following facts:

On August 11, 2004, December 22, 2005, March 8, March 13, and 20, 2006, the defendant provided urine specimens which tested positive for cocaine. The defendant admitted using cocaine.

The defendant failed to provide a urine specimen at ARTS on August 30, 2004, April 12, June 3, 2005, January 27, and February 27, 2006.

On January 10, 2006, the defendant was fired from her place of employment when she was arrested by Glendale Police for Criminal Impersonation, Fraud, and Theft. Although no charges have been filed at this time, Glendale Police reports that charges will be filed in the near future.

The Probation Department recommends that the defendant's conditions of probation be modified to include a special condition requiring the defendant to reside in a community corrections center for a period of up to six (6) months. The Probation Department thinks that the defendant can benefit from the added structure of community corrections. A tentative intake date is scheduled for April 17, 2006. The defendant will continue to attend both individual and group counseling at Addiction Research and Treatment Services (ARTS) and will provide random urine specimens at the community corrections center.