# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Probation**) |
| v. | Case Number: 04-cr-00316-WYD-01 |
| | USM Number: 32172-013 |
| PAMELA L. LEHAR | Matthew Golla, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 06/16/04 |

  The defendant is sentenced as provided in pages 3 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

  The defendant has not committed violations 11 through 16 and is discharged as to such violations.

  It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

  It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 3, 2007
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, U.S. District Judge
Name & Title of Judge

August 9, 2007
Date

DEFENDANT:  PAMELA L. LEHAR
CASE NUMBER:  04-cr-00316-WYD-01                                                Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Possession and Use of a Controlled Substance | 06/22/04 |
| 3 | Possession and Use of a Controlled Substance | 08/11/04 |
| 4 | Possession and Use of a Controlled Substance | 12/22/05 |
| 5 | Possession and Use of a Controlled Substance | 03/08/06 |
| 6 | Possession and Use of a Controlled Substance | 03/13/06 |
| 7 | Possession and Use of a Controlled Substance | 03/20/06 |
| 8 | Possession and Use of a Controlled Substance | 04/17/06 |
| 9 | Possession and Use of a Controlled Substance | 03/03/07 |
| 10 | Possession and Use of a Controlled Substance | 03/13/07 |

DEFENDANT:  PAMELA L. LEHAR
CASE NUMBER:  04-cr-00316-WYD-01                                                   Judgment-Page 3 of 5

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months with 78 days credit for time served.

     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

DEFENDANT:  PAMELA L. LEHAR
CASE NUMBER:  04-cr-00316-WYD-01                                    Judgment-Page 4 of 5

By _____
　　　　　　　　Deputy United States Marshal

DEFENDANT:  PAMELA L. LEHAR
CASE NUMBER:  04-cr-00316-WYD-01                                                          Judgment-Page 5 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 through 10 | $0.00 | $0.00 | $20,141.20 |
| **TOTALS** | $0.00 | $0.00 | $20,141.20 |

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

DEFENDANT:  PAMELA L. LEHAR
CASE NUMBER:  04-cr-00316-WYD-01                                                            Judgment-Page 6 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The defendant is ordered to pay the balance of restitution outstanding.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.